<u>UNPUBLISHED</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

No. 98-1941

───────────

LUKE DELULLO, a minor by his parents and next
friends, Cindy and Daniel DeLullo; CINDY A.
DELULLO; DANIEL DELULLO,

Plaintiffs - Appellants,

versus

JEFFERSON COUNTY BOARD OF EDUCATION; B. JUDSON
ROMINE, officially, Superintendent, Jefferson
County Public Schools,

Defendants - Appellees.

───────────

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg. W. Craig Broadwater, District Judge. (CA-97-8-3)

───────────

Submitted: May 28, 1999     Decided: September 23, 1999

───────────

Before NIEMEYER and MOTZ, Circuit Judges, and HALL,[*] Senior Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

---

[*] Senior Judge Hall was assigned to the panel in this case but died prior to the time the decision was filed. The decision is filed by a quorum of the panel pursuant to 28 U.S.C. § 46(d).

Luke DeLullo, Cindy A. Delullo, Daniel Delullo, Appellants Pro Se. Nancy W. Brown, STEPTOE & JOHNSON, Clarksburg, West Virginia, for Appellees.

————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Luke DeLullo, Cindy A. DeLullo, and Daniel DeLullo appeal the district court's order granting summary judgment to the defendants in this action brought pursuant to the Individuals with Disabilities Education Act, 20 U.S.C.A. § 1400 et seq. (West 1990 & Supp. 1999). The plaintiffs sought Luke's placement in a private school at public expense. We have reviewed the record and the district court's opinion and find no reversible error. See Florence County Sch. Dist. Four v. Carter, 510 U.S. 7, 15 (1993); Hall v. Vance County Bd. of Educ., 774 F.2d 629, 635 (4th Cir. 1985). Accordingly, we affirm on the reasoning of the district court. See DeLullo v. Jefferson County Bd. of Educ., No. CA-97-8-3 (N.D.W. Va. May 21, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2